Fill in this information to identify the case:

United States Bankruptcy Court for the:
Eastern District of North Carolina

Case number (if known): _____    Chapter   11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | The Morning Jump, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | The Morning Jump Coffee Company | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 3 4 9 4 1 3 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 106 S. Bragg Blvd<br>Number    Street | Number    Street |
| Spring Lake, NC 28390<br>City    State    ZIP Code | City    State    ZIP Code |
| Cumberland<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor    The Morning Jump, LLC                                    Case number *(if known)*
          Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____ Case number _____
                                           MM / DD / YYYY

         District _____   When _____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                                           MM / DD / YYYY
         Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor  **The Morning Jump, LLC**  Case number *(if known)* _____
_____Name_____

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. **Why does the property need immediate attention?** *(Check all that apply.)* ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ ☐ It needs to be physically secured or protected from the weather. ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). ☐ Other _____ **Where is the property?** _____ Number   Street _____ City         State   ZIP Code **Is the property insured?** ☐ No ☐ Yes.  Insurance agency _____ Contact name _____ Phone _____ | |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* ☑ Funds will be available for distribution to unsecured creditors. ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 50-99 ☐ 100-199   ☐ 200-999 | ☐ 1,000-5,000    ☐ 5,001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☑ $100,001-$500,000 ☐ $500,001-$1 million | ☐ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |

Debtor  The Morning Jump, LLC
         Name

Case number *(if known)* _____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/04/2024
              MM/ DD/ YYYY

X  /s/ Erik Todd Brinkman                         Erik Todd Brinkman
Signature of authorized representative of debtor   Printed name

Title  Member

**18. Signature of attorney**

X  /s/ William P. Janvier        Date 04/04/2024
Signature of attorney for debtor      MM/ DD/ YYYY

William P. Janvier
Printed name

Stevens Martin Vaughn & Tadych, PLLC
Firm name

2225 W Millbrook Road
Number    Street

Raleigh                  NC         27612
City                     State      ZIP Code

(919) 582-2300           wjanvier@smvt.com
Contact phone            Email address

21136                    NC
Bar number               State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: _____The Morning Jump, LLC_____

United States Bankruptcy Court for the: _____Eastern District of North Carolina_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __04/04/2024__            **X**  __/s/ Erik Todd Brinkman_____
             MM/ DD/ YYYY                    Signature of individual signing on behalf of debtor

                                              Erik Todd Brinkman
                                              Printed name

                                              Member
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: The Morning Jump, LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ally Auto Loan<br>Attn: Managing Agent<br>PO Box 660109<br>Dallas, TX 75266 | | | | | | $48,108.82 |
| 2 | American Express<br>Attn: Managing Agent<br>PO Box 981535<br>El Paso, TX 79998-1535 | | Credit Card | | | | Unknown |
| 3 | Bank Financial, N.A.<br>Attn: Managing Agent<br>1690 Sumneytown Pike Ste. 150<br>Lansdale, PA 19446 | | | | | | $81,334.58 |
| 4 | Barclays Business Card<br>Attn: Managing Agent<br>125 South West Street<br>Wilmington, DE 19801 | | Credit Card | | | | Unknown |
| 5 | Bluevine Capital, Inc.<br>Attn: Managing Agent<br>401 Warren St #300<br>Redwood City, CA 94063 | | | | | | $200,000.00 |
| 6 | Channel Partners Funding<br>Attn: Managing Agent<br>11100 Wayzata Blvd Ste. 305<br>Hopkins, MN 55305 | | | | | | $150,000.00 |
| 7 | Citi Bank<br>Attn: Managing Agent<br>PO Box 6500<br>Sioux Falls, SD 57117 | | Credit Card | | | | Unknown |
| 8 | Credibly of Arizona, LLC<br>Attn: Managing Agent<br>1501 W Fountainhead Pkwy #630<br>Tempe, AZ 85282 | | | | | | $180,800.00 |

Debtor  The Morning Jump, LLC    Case number (if known) _____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Dedicated Funding, LLC<br>Attn: Managing Agent<br>860 E. 4500 South Ste. 312<br>Salt Lake City, UT 84043 | | | | | | $156,300.00 |
| 10 | Idea 247, Inc. (Idea Financial)<br>Attn: Managing Agent<br>200 SE 1st St. Ste. 703<br>Miami, FL 33131 | | | | | | $112,000.00 |
| 11 | PNC Bank<br>Attn: Managing Agent/Officer<br>500 First Ave.<br>Pittsburgh, PA 15219 | | Credit Card | | | | Unknown |
| 12 | The LCF Group, Inc.<br>Attn: Managing Agent<br>3000 Marcus Avenue Ste. 2W15<br>Lake Success, NY 11042 | | | | | | $120,000.00 |
| 13 | US Small Business Administration (COVID Loan)<br>Attn: Managing Agent<br>2 North Street Ste. 320<br>Birmingham, AL 35203 | | | | | | $766,400.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **The Morning Jump, LLC**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　04/04/2024　　　Signature　　　　　　　　/s/ Erik Todd Brinkman
　　　　　　　　　　　　　　　　　　　　　　　　Erik Todd Brinkman, Member

Ally Auto Loan  
Attn: Managing Agent  
PO Box 660109  
Dallas, TX 75266  

American Express  
Attn: Managing Agent  
PO Box 981535  
El Paso, TX 79998-1535  

Bank Financial, N.A.  
Attn: Managing Agent  
1690 Sumneytown Pike Ste. 150  
Lansdale, PA 19446  

Barclays Business Card  
Attn: Managing Agent  
125 South West Street  
Wilmington, DE 19801  

Bluevine Capital, Inc.  
Attn: Managing Agent  
401 Warren St #300  
Redwood City, CA 94063  

Channel Partners Funding  
Attn: Managing Agent  
11100 Wayzata Blvd Ste. 305  
Hopkins, MN 55305  

Citi Bank  
Attn: Managing Agent  
PO Box 6500  
Sioux Falls, SD 57117  

Corporate Service Company  
Attn: Managing Agent  
801 Adlai Stevenson Dr.  
Springfield, IL 62703

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

Credibly of Arizona, LLC
Attn: Managing Agent
1501 W Fountainhead Pkwy #630
Tempe, AZ 85282

Credibly of Arizona, LLC
Attn: Managing Agent
25200 Telegraph Road #350
Southfield, MI 48033

Dedicated Funding, LLC
Attn: Managing Agent
860 E. 4500 South Ste. 312
Salt Lake City, UT 84043

First Corporate Solutions, Inc.
Attn: Managing Agent
914 S. Street
Sacramento, CA 95811

Idea 247, Inc. (Idea Financial)
Attn: Managing Agent
200 SE 1st St. Ste. 703
Miami, FL 33131

Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346

John James
Attn: Managing Agent
2929 Allen Pkwy Ste 3300
Houston, TX 77019

Lien Solutions
Attn: Managing Agent
PO Box 29071
Glendale, CA 91209-9071


Middesk
Attn: Managing Agent
85 2nd Street Ste. 710
San Francisco, CA 94105


NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168


PNC Bank
Attn: Managing Agent/Officer
500 First Ave.
Pittsburgh, PA 15219


SBA Disaster COVID
Attn: Managing Agent
14925 Kingsport Rd.
Fort Worth, TX 76155


Square Financial Services, Inc.
Attn: Managing Agent
3165 E. Millrock Dr. Ste. 160
Salt Lake City, UT 84121


The Feldman Law Firm, P.C.
Attn: Adam J. Feldman
3000 Marcus Ave. Ste. 2W15
Lake Success, NY 11042


The LCF Group, Inc.
Attn: Managing Agent
3000 Marcus Avenue Ste. 2W15
Lake Success, NY 11042

Tommy Ferrell
PO Box 95
Spring Lake, NC 28390


US Attorney General - SBA
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530


US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601


US Small Business
Administration (COVID Loan)
Attn: Managing Agent
2 North Street Ste. 320
Birmingham, AL 35203

Woodford, LLC
Attn: Managing Agent
PO Box 47
Fayetteville, NC 28302


WS Wellons Realty
Attn: Managing Agent
513 NC-210
Spring Lake, NC 28390

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **The Morning Jump, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Morning Jump, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**04/04/2024**  
Date

**/s/ William P. Janvier**  
**William P. Janvier**  
Signature of Attorney or Litigant  
Counsel for **The Morning Jump, LLC**  
**Bar Number: 21136**  
**Stevens Martin Vaughn & Tadych, PLLC**  
**2225 W Millbrook Road**  
**Raleigh, NC 27612**  
**Phone: (919) 582-2300**  
**Email: wjanvier@smvt.com**

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**In re: Debtor(s)**
The Morning Jump, LLC

Case No.

Chapter 11

Debtor(s)

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

❏ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

❏ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

❏ I have a new email address as indicated below.

❏ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

❏ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

❏ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.

/s/ The Morning Jump, LLC                                            Date: 04/04/2024
The Morning Jump, LLC

Printed Name (and title if not the debtor): **The Morning Jump, LLC**

Email Address (type or print clearly):          **erik@themorningjump.com**